John C. Hagar, Appellant, *v.* Richard Phillips, Appellee.

APPEAL FROM MORGAN.

The appellant files the record, and enters a motion that the appellee join in error. The appeal was prayed within thirty days of the commencement of this term.

M. McConnel, for the motion.

W. Brown & D. A. Smith, *contrà.*

Per Curiam. The motion is refused. The appellant was not bound to file the record before the next term, and the appellee ought not to be compelled to appear before that time. The rights of the parties should be reciprocal.

*Motion denied.*